May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD DAVIS, Appellant

NO. 14-13-00234-CV                    V.

VINTAGE LAKES COMMUNITY ASSOCIATION, INC., Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 5, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Edward Davis.

We further order this decision certified below for observance.